United States District Court
Southern District of Texas
**ENTERED**
June 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| DEAN PUSHARD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-cv-00021 |
| | § | |
| GALVESTON COUNTY, TEXAS, | § | |
| ANDREW MEJIA, | § | JURY TRIAL DEMANDED |
| BRET MOREAU, and | § | |
| JEREMY CREECH, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File First Amended Complaint. Having considered the Motion, the record, and the applicable law, the Court finds that good cause exists and that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff Dean Pushard is granted an extension of time up to and including Monday, June 8, 2026, to file his First Amended Complaint.

SIGNED this 4th day of June, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE